B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In re __Carmil Suggs__,   Case No. __4:18-bk-16611__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __BankUnited, N.A.__ | __Carrington Mortgage Services, LLC__ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Customer Service Research Dept
    PO Box 028569
    Miami, FL 33102

Phone: __866-731-3454__
Last Four Digits of Acct #: __6527__

Court Claim # (if known): __13__
Amount of Claim: __99,699.97__
Date Claim Filed: __02/14/2019__

Phone: __800-561-4567__
Last Four Digits of Acct. #: __6527__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ "Aaron D. Caldwell"__   Date: __December 30, 2020__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.