# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In re: Carmil Suggs                                                          Case No.: 4:18-bk-16611

Debtor                                                                                                     Chapter 13

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that, on April 03, 2021, a true and correct copy of the foregoing has been served on the Chapter 13 Standing Trustee servicing this case and Charles W. Tucker, Assistant United States Trustee by CM/ECF; and served on all creditor whose names and addresses are set forth on the matrices filed in this case by U.S. Mail, postage prepaid.

                                                          By: /s/ Matthew D. Mentgen
                                                          Matthew D. Mentgen
                                                          State Bar No. 2008096

                                                          Mentgen Law
                                                          PO Box 164439
                                                          Little Rock, AR 72216
                                                          Tel: (501) 392-5662
                                                          Fax: (866) 528-0404
                                                          matthew@mentgenlaw.com