# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

In re: CARMIL SUGGS                                            Case No:   4:18-bk-16611 T

## OBJECTION TO CONFIRMATION OF PLAN
## AS MODIFIED POST-CONFIRMATION ON 3/2/22

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. The modified plan is inconsistent regarding mortgage arrears in sections 3.2 and 8.1 rendering it impossible for the Trustee to determine feasibility.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 3/7/2022                                              /s/ Jack W Gooding
                                                             _____
                                                             CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 3/7/2022, with sufficient postage to assure delivery to the following:

CARMIL SUGGS
1425 Ola St
Conway, AR  72032-8565

Matthew D Mentgen (Ach) - Electronically by ECF

                                                             /s/ Jack W Gooding
                                                             _____
                                                             CHAPTER 13 TRUSTEE

APW