IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE:  Carmil Suggs

CASE NO:   4:18-bk-16611 T                                                                                      Chapter 13

## TRUSTEE'S MOTION TO DISMISS

COMES now Jack W Gooding, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an Order was entered on 04/27/2022 requiring the debtor to file a modification to the plan within 28 days.

2. That the Trustee has not been served with the modified plan nor has the debtor requested an extension of time within which to make such modification.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date:  06/02/2022                                                       /s/   Jack W Gooding
                                                                          _____
                                                                          Jack W Gooding,
                                                                          Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/2/2022, with sufficient postage to assure delivery to the following:

Carmil Suggs
1425 Ola St
Conway, AR  72032-8565

Matthew D Mentgen (Ach) - Electronically by ECF

                                                                          /s/   Jack W Gooding
                                                                          _____
                                                                          Jack W Gooding,
                                                                          Standing Chapter 13 Trustee